Opinion issued August 29, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00733-CV

_____

**JESUS GARCIA, Appellant**

**V.**

**MTZ TRUCKING, INC., Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-55326**

---

### MEMORANDUM OPINION

Appellant, Jesus Garcia, has filed a motion to voluntarily dismiss his appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R.

APP. P. 42.1(a)(1), (c). And, although the motion does not include a certificate of

conference, more than ten days have passed and no party has opposed appellant's motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

Julie Countiss
Justice

Panel consists of Justices Lloyd, Landau, and Countiss.